# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 2017/28 |
| ) | |
| v. ) | **INFORMATION** |
| ) | |
| LUIS ANTONIO RIJOS SANTANTA, ) | _____Violation_____ |
| ) | Possession of Controlled Substance |
| Defendants ) | On Board Vessel |
| ) | 46 U.S.C. §70503(a)(1) |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
### (Possession of Controlled Substance On Board Vessel)

On or about March 15, 2017, at St. Croix, in the District of the Virgin Islands, defendant

**LUIS ANTONIO RIJOS SANTANA,**

while aided and abetted by Maurucio Javier Diaz and Carlos Manuel Castro Felix, did knowingly and intentionally possess, with intent to distribute, a mixture and substance containing detectible amount of cocaine hydrochloride (cocaine powder), a Schedule II controlled substance, on board a vessel subject to the jurisdiction of the United States,

in violation of Title 46, United States Code, Section 70503(a)(1).

JOYCELYN HEWLETT
Acting United States Attorney

DATE: July 19, 2017        BY: _____
ALPHONSO G. ANDREWS, JR.
Assistant United States Attorney